HARRISON PATTERSON & O'CONNOR LLP
JAMES R. PATTERSON (211102) (jpatterson@hpolaw.com)
MATTHEW J. O'CONNOR (203334) (moconnor@hpolaw.com)
402 West Broadway, 29th Floor
San Diego, CA 92101
Telephone:   (619) 756-6990
Facsimile:   (619) 756-6991

Attorneys for Plaintiff
MARIA ISABEL BELTRAN

COOLEY LLP
MICHELLE C. DOOLIN (179445) (doolinmc@cooley.com)
MAZDA K. ANTIA (214963) (mantia@cooley.com)
JENNIFER M. FRENCH (265422) (jfrench@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:   (858) 550-6000
Facsimile:   (858) 550-6420

Attorneys for Defendant
THE CHILDREN'S PLACE RETAIL STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARIA ISABEL BELTRAN, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CHILDREN'S PLACE RETAIL STORES, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 11-cv-01664-CW<br><br>**STIPULATION AND ORDER TO STRIKE CERTAIN ALLEGATIONS IN FIRST AMENDED COMPLAINT** |

After meeting and conferring regarding (i) allegations relating to injunctive and declaratory relief, (ii) allegations relating to "damages" and "restitution and disgorgement," and (iii) the jury demand asserted in the First Amended Complaint ("FAC"), plaintiff Maria Isabel Beltran and defendant The Children's Place Retail Stores, Inc., by and through their respective counsel, hereby stipulate and agree that the following portions of the FAC should be stricken:

- Page 1, line 16 and generally: the words "[DEMAND FOR JURY TRIAL]" and plaintiff's demand for trial by jury generally;
- Page 6, line 20: third paragraph in the Prayer for Relief in its entirety;
- Page 6, lines 21-22: fourth paragraph in the Prayer for Relief in its entirety;
- Page 6, lines 23-24: fifth paragraph in the Prayer for Relief in its entirety; and
- Page 6, line 25: sixth paragraph in the Prayer for Relief in its entirety.

**IT IS SO STIPULATED.**

Dated: June 22, 2011

HARRISON PATTERSON & O'CONNOR LLP
JAMES R. PATTERSON (211102)
MATTHEW J. O'CONNOR (203334)

*/s/ James R. Patterson*
James R. Patterson

Attorneys for Plaintiff
MARIA ISABEL BELTRAN

Dated: June 22, 2011

COOLEY LLP
MICHELLE C. DOOLIN (179445)
MAZDA K. ANTIA (214963)
JENNIFER M. FRENCH (265422)

*/s/ Jennifer M. French*
Jennifer M. French

Attorneys for Defendant
THE CHILDREN'S PLACE RETAIL STORES, INC.

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Stipulation and [Proposed] Order to Strike Certain Allegations in the First Amended Complaint.

Dated: June 22, 2011

COOLEY LLP
MICHELLE C. DOOLIN (179445)
MAZDA K. ANTIA (214963)
JENNIFER M. FRENCH (265422)

*/s/ Jennifer M. French*
Jennifer M. French

Attorneys for Defendant
THE CHILDREN'S PLACE RETAIL STORES, INC.

## ORDER

Having considered the stipulation filed by plaintiff Maria Isabel Beltran and defendant The Children's Place Retail Stores, Inc., and good cause appearing, the following portions of the First Amended Complaint shall be stricken:

- Page 1, line 16 and generally: the words "[DEMAND FOR JURY TRIAL]" and plaintiff's demand for trial by jury generally;
- Page 6, line 20: third paragraph in the Prayer for Relief in its entirety;
- Page 6, lines 21-22: fourth paragraph in the Prayer for Relief in its entirety;
- Page 6, lines 23-24: fifth paragraph in the Prayer for Relief in its entirety; and
- Page 6, line 25: sixth paragraph in the Prayer for Relief in its entirety.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 6/24/2011

[signature]
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE